441 A.2d 766

Commonwealth v. Hall a/k/a Bishop, Appellant.

Petition for Allowance of Appeal Denied April 23, 1982.

550

September 10, 1981. Robert F. Pappano, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.